JAMES BARBER, Executor, etc., et al., Appellants, *v.* GEORGE COLEMAN et al., Respondents.

(Submitted June 12, 1873; decided September 23, 1873.)

DECIDED upon the facts in the case.

*E. Sprout* for the appellants.

*Smith & Stanbrough* for the respondents.

PECKHAM, J., reads for affirmance.
All concur.